# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| JULIA COWAN, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> LIBERTY LIFE ASSURANCE COMPANY OF ) <br> BOSTON and CHARTER ) <br> COMMUNICATIONS, INC. SHORT TERM ) <br> DISABILITY PLAN, ) <br> ) <br> DEFENDANTS. ) <br> ) | C.A. No. 6:08-cv-2356-HFF <br><br> **ORDER** |

This matter is before the Court on the Parties' joint motion to dismiss Defendant Liberty Life Assurance Company of Boston as a party defendant, without prejudice. Having considered the motion and for good cause shown, it is ORDERED and ADJUDGED that:

1. The Parties' motion is GRANTED;

2. Said Defendant Liberty Life Assurance Company of Boston is hereby dismissed, without prejudice, from this matter;

3. The clerk shall so amend the caption of the case; and

4. The remaining Parties shall omit reference to the dismissed Defendant in the caption of all subsequently filed documents.

So ORDERED this 22nd day of August, 2008.

<u>s/Henry F. Floyd</u>
UNITED STATES DISTRICT JUDGE